IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:19-CR-00006-M-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CODY GRANT BEAUMONT,

    Defendant.

ORDER

This matter comes before the court on the Defendant's Motion to Seal [DE 223]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 222 until further order of the court.

SO ORDERED this 12th day of September, 2024.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1